UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS CHRISTIANSON,

       Plaintiff,

v.                              CASE NO.: 8:07-CV-971-T-17MAP

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

       Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause came on for consideration *sua sponte*.  On June 7, 2007, the undersigned granted Plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (doc. 3).  My order directed Plaintiff to complete and return the "summons in a civil case" forms available either online or from the Clerk's office and return them to the Clerk of Court within twenty days so that the United States Marshal could serve the summons on Defendant.  Plaintiff failed to return the forms to the Clerk's office as required.

Federal Rule of Civil Procedure 4(m) requires that a defendant be served with a complaint and summons within 120 days of the complaint being filed by a plaintiff.  Plaintiff filed his complaint on June 6, 2007.  Clearly, more than 120 days have passed since these events.  Furthermore, the Court entered an Order to Show Cause on November 9, 2007, to which Plaintiff has not replied (doc. 5).  Accordingly, it is hereby

RECOMMENDED:

1.      Plaintiff's Complaint (doc. 1) be DISMISSED without prejudice pursuant to Fed.R.Civ.P. 4(m) and that the Clerk be directed to administratively close this case.

IT IS SO RECOMMENDED in chambers at Tampa, Florida on this 14th day of December, 2007.


MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE


## NOTICE TO PARTIES

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice.  28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).


Copies to:
The Honorable Elizabeth A. Kovachevich